IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:01-cr-00016-MP-AK

RUBEN DIAZ,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 255, Motion Requesting Attorney J. Uman to Relinquish File, filed by Ruben Diaz.  Previously, Mr. Diaz sent Mr. Uman a letter asking for his case file.  Mr. Diaz never received the materials and filed the motion at doc. 255.  Mr. Uman filed a response in which he noted that he had, in fact, sent the materials to Mr. Diaz' prison via UPS, but that the materials were refused "by the recipient."  Mr. Diaz then replied to the response by saying that it was not him that refused the UPS shipment but the prison, which only accepts US Post office deliveries.  Mr. Uman then filed a notice that he was re-sending the materials by US Post office.  The matter has thus been resolved, but the motion at doc. 255 is still technically pending.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion requesting the file (doc. 255) is denied as moot.

**DONE AND ORDERED** this _18th_ day of May, 2005

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge